# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

GREGORY N. LEONARD,              )        3:15-cv-00031-RCJ-WGC
                                )
                 Plaintiff,     )        **MINUTES OF THE COURT**
        vs.                     )
                                )        July 22, 2016
GREG COX, et al.,               )
                                )
                 Defendants     )
_____ )

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KATIE LYNN OGDEN</u>  REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Motion For An Order to Receive Transcripts" (ECF No. 54) filed July 20, 2016, requesting transcripts of the May 31, 2016 motion hearing and the June 30, 2016 telephonic status conference.  Plaintiff states that these transcripts are important to his case but does not specify how.

The court believes that copies of the transcripts are not warranted in view of the detailed Minutes of Proceedings (ECF No. 48 and ECF No. 53).  Further, proceeding *in forma pauperis* does not provide for public incurrence of such cost.  However, if Plaintiff wants copies of the transcripts, he may order and pay for it in advance.

Therefore, with good cause appearing, Plaintiff's motion (ECF No. 54) is **DENIED.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: _____/s/_____
            Deputy Clerk